IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTINE TOTH,** | : | *Electronically filed* |
| *Plaintiff,* | : | |
| v. | : | Case No.: 2:24-cv-00959-NBF |
| **UNIVERSITY OF PITTSBURGH,** | : | |
| *Defendant.* | : | |

**JOINT DISCOVERY STATUS REPORT**

Pursuant to this Court's Order, ECF No. 19, the Parties submit this Joint Discovery Status Report and provide the following updates:

1. The Parties are scheduled to participate in mediation before the Honorable Judge Lisa P. Lenihan on February 6, 2025.

2. The Parties have exchanged initial disclosures in accordance with Fed. R. Civ. P. 26(a).

3. On October 14, 2024, Plaintiff served her Early Rule 34(a) Requests for Production and ESI Search on Defendant.

4. On January 16, 2025, Plaintiff served her First Set of Requests for Admission and Interrogatories on Defendant.

5. On January 17, 2025, Defendant served its First Set of Interrogatories and Requests for Production on Plaintiff.

6. If the Parties do not reach a resolution during tomorrow's mediation, they will proceed with completing discovery.

7. Following the exchange of discovery responses and documents, the Parties will promptly schedule and conduct depositions.

8. Pursuant to this Court's Case Management Order, the Parties will submit a Joint Discovery Status Report on February 28, 2025.

Respectfully Submitted,

**COZEN O'CONNOR**

By: /s/ Mariah L. Passarelli
    Mariah L. Passarelli, Esq.
    PA. I.D. No. 202469
    One Oxford Centre
    301 Grant Street, 41st Floor
    Pittsburgh, PA 15219-1410
    412-620-6502
    Email: mpassarelli@cozen.com

*Counsel for Defendant*

**J.P. WARD & ASSOCIATES, LLC**

By: /s/ Joshua P. Ward
    Joshua P. Ward, Esq.
    PA. I.D. No. 329207
    201 South Highland Avenue
    Suite 201
    Pittsburgh, PA 15206
    412-545-3015
    Email: jward@jpward.com

*Counsel for Plaintiff*